UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANTHONY R. COLSTON, JR.,

    Petitioner,

    v.

WARDEN, Mansfield Correctional Institution,

    Respondent.

Case No. 2:22-cv-2485

Judge Michael H. Watson

Magistrate Judge Merz

## ORDER

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz, ECF No. 23, to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections were filed thereto and that the time for filing such objections under Federal Rule of Civil Procedure 72(b) has expired, the Court hereby **ADOPTS** said Supplemental Report and Recommendations.

Accordingly, it is hereby **ORDERED** that the Petition be **DISMISSED WITH PREJUDICE** as time-barred. Petitioner is **DENIED** any requested certificate of appealability, and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis. The Clerk shall enter judgment for Respondent and close the case.

IT IS SO ORDERED.

/s/ Michael H. Watson
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**